# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sol Jaffe,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>    Defendants. | No. CV-14-01365-PHX-ROS<br><br>**ORDER** |

The Court having considered Plaintiff and Defendant Capital One Financial Corporation's Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** the Stipulation, Doc. 60, is **APPROVED**, and this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs. The clerk shall terminate this case.

Dated this 24th day of June, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge